1  MCGREGOR W. SCOTT
   United States Attorney
2  ERIC J. CHANG
   Special Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700

5  Attorneys for Plaintiff
   United States of America

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                   Plaintiff,<br><br>v.<br><br>ROSEMARY CHANNEL, ET AL.<br><br>                   Defendant. | CASE NO. 2:18-CR-00004-DB<br><br>STIPULATION AND-ORDER TO CONTINUE STATUS CONFERENCE<br><br>DATE: October 23, 2018<br>TIME: 10:00 a.m.<br>COURT: Hon. Deborah Barnes |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, Magistrate Judge Deborah Barnes scheduled this matter for a status conference in this Court on October 23, 2018 at 10:00 a.m.

2. By this stipulation, the parties now jointly move to continue the status conference to October 30, 2018 at 10:00 a.m.

3. It is further stipulated that the time within which the trial of this case must be commenced under the Speedy Trial Act, 18 U.S.C. § 3161 *et seq.*, be excluded from computation of time pursuant to § 3161(h)(7)(A), (B)(iv), and Local Code T4. Further, the ends of justice served in granting the continuance and allowing the defendant further time to review discovery and prepare for a trial outweigh the best interests of the public and the defendant in a speedy trial.

STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE     1

IT IS SO STIPULATED.

Dated: October 3, 2018                    MCGREGOR W. SCOTT
                                          United States Attorney

                                          /s/ *Eric J. Chang*
                                          ERIC J. CHANG
                                          Special Assistant U.S. Attorney


Dated: October 3, 2018                    */s/ Eric Chang for*
                                          LINDA ALLISON
                                          Chief Assistant Federal Defender
                                          Counsel for Defendant
                                          ROSEMARY CHANNEL


Dated: October 3, 2018                    */s/ Eric Chang for*
                                          ETAN ZAITSU
                                          Counsel for Defendant
                                          PATRICIA SHIRLEY


Dated: October 3, 2018                    */s/ Eric Chang for*
                                          KELLY BABINEAU
                                          Counsel for Defendant
                                          BOBBIE SANFORD


**FINDINGS AND ORDER**

IT IS SO ORDERED, that the status conference is continued to October 30, 2018 at 10:00 a.m. The Court further finds that time under the Speedy Trial Act, 18 U.S.C. § 3161 *et seq.*, be excluded from computation of time pursuant to § 3161(h)(7)(A), (B)(iv), and Local Code T4, and that the ends of justice served in granting the continuance outweigh the best interests of the public and the defendant in a speedy trial. Time is excluded from the date of this order through October 30, 2018.

Dated: October 9, 2018

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE