
**FILED**
NOV 27 2018
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

v.

**ROSEMARY CHANNEL**

Case Number: 2:18-CR-00004-DB-1

**JUDGMENT IN CRIMINAL CASE**

Defendant pleaded guilty, is adjudged guilty and convicted of the following offense(s):

Charge(s) Defendant Convicted of:
18 U.S.C. § 371

Nature of Charge(s)
Conspiracy to Commit Offenses Against the United States

**ACCORDINGLY, YOU ARE HEREBY SENTENCED TO THE FOLLOWING:**

☒ **COURT PROBATION** for a term of 24 months. Your conditions of Court Probation are as follows:

1. Your probation is unsupervised.
2. You shall not commit another federal, state, or local crime.
3. You shall notify the court and, if represented by counsel, your counsel of any change of address and contact number; and the following additional checked conditions:

☒ You shall pay a fine in the amount of $ , a special assessment of $25.00, restitution in the amount of $200.00 , and a $0 processing fee for a total financial obligation of $225.00, which shall be paid within 60 days. While on court probation and subject to any financial obligation of probation, you shall notify the court of any material change in your economic circumstances that might affect your ability to pay the fine.

☒ You shall perform 300 hours of community service to be performed within the two year term of court probation.

☐ You are hereby committed to the Bureau of Prisons to be imprisoned for a term of _ months beginning immediately or _ by reporting to the United States Marshal located at 501 I Street, 5th Floor, Sacramento, California, 95814 unless a different reporting time has been reported prior to that date.

☐ Other:

☐ **PAY** a fine in the amount of $ , a special assessment of $0 and a $0 processing fee for a total financial obligation of $0 due immediately or no later than .

☐ **YOU ARE ALSO ORDERED TO APPEAR** for a REVIEW HEARING on _ at _ and ORDERED TO file a Status Report 14 days prior to your scheduled hearing. Please note that failure to appear could result in an arrest warrant being issued against you.

☐ **OTHER**:

**IT IS FURTHER ORDERED** that financial payments shall be made by **CHECK** or **MONEY ORDER** and will be subject to **late/delinquent charges imposed by the Court** if not paid timely. If your conviction also involves a moving violation, an abstract could be placed on your driving record for failure to pay. The check or money order must be made payable to: **"CLERK- U.S.D.C."** and SENT to the following address:

> **CLERK, UNITED STATES DISTRICT COURT**
> Eastern District of California- Sacramento
> 501 I Street, Suite 4-200
> Sacramento, CA 95814

Your check or money order **must** indicate **your name and case number** shown above to ensure your account is credited for payment received and that no late fees or warrants/abstracts are attached to your case for failure to pay.

DATED: 11/27/2018

/s/ *Deborah Barnes*

**Deborah Barnes**
United States Magistrate Judge

CRD Initials: PB